IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-50845
Summary Calendar
_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus


ISMAEL CARRILLO-MARQUEZ,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. EP-96-CR-400-ALL
- - - - - - - - - -
September 10, 1997
Before JOLLY, BENAVIDES and PARKER, Circuit Judges.

PER CURIAM:[*]

Ismael Carrillo-Marquez ("Marquez") appeals his jury conviction for importation of cocaine and for possession with intent to distribute cocaine. Our review of the record and the arguments and authorities convinces us that no reversible error was committed. The evidence was sufficient to support the jury's verdict. See United States v. Ivey, 949 F.2d 759, 766 (5th Cir.

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

1991).  The district court did not plainly err by failing to give a separate jury instruction on the definition of "knowingly." See United States v. Sanchez-Sotelo, 8 F.3d 202, 212 (5th Cir. 1993).

AFFIRMED.